IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DON MCGUIRE                                                                                                   PLAINTIFF

v.                                    Case No. 6:16-CV-06130

RANDY ATKINSON and
THE CITY OF HOT SPRINGS                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 4th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE